IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings Under |
| | ) | Chapter 13 |
| GARRETT L. HOWELL, | ) | |
| | ) | |
| Debtor. | ) | Case No. 15-60093 |

## ORDER

This matter comes before the Court on the debtor's Objection to Claim #17 of Army & Air Force Exchange Services. The Court being advised in the premises, and no response having been filed, IT IS ORDERED that the objection is SUSTAINED. The aforementioned claim will be treated as an unsecured claim in the amount of $3,221.36.

Counsel for the objecting party shall serve a copy of this order by mail to all interested parties who were not served electronically.

ENTERED: July 13, 2015

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE-7